BEFORE THE SECOND DIVISION, JANUARY 10, 1967

**No. P67/8.**—March & Mendl, Inc. *v.* United States, protests 63/22552, etc. (New York).

Rao, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of twill-backed velveteens similar in all material respects, including waterproofing, to the velveteen cloth the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.